IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　Defendant. | Civ. A. No. 19-1020 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of May 22, 2019 (ECF No. 9), Plaintiff Campaign Legal Center ("CLC") and Defendant U.S. Immigration and Customs Enforcement ("ICE") (collectively, "the Parties") submit the following Joint Status Report:

1. Plaintiff filed its Complaint under the Freedom of Information Act ("FOIA") on April 11, 2019 (ECF No. 1). Defendant answered on May 16, 2019 (ECF No. 8).

2. ICE has completed its search, which has resulted in 476 pages of potentially responsive records and one Excel spreadsheet.

3. ICE expects to produce any responsive, non-exempt documents to CLC by June 28, 2019.

4. The Parties do not anticipate that an *Open America* stay will be necessary in this case.

5. The Parties will confer regarding potential summary judgment briefing after CLC receives and has an opportunity to review ICE's production. The Parties propose to provide the Court with another Joint Status Report by July 26, 2019, proposing a briefing schedule or other additional action.

Dated: June 5, 2019.                                  Respectfully submitted,

/s/Adav Noti
Adav Noti (D.C. Bar No. 490714)
Danielle M. Lang (D.C. Bar No. 1500218)
Jonathan M. Diaz* (N.Y. Bar Member)
Campaign Legal Center
1101 14th Street, N.W.
Suite 400
Washington, D.C. 20005
Telephone: 202-736-2200
Email: anoti@campaignlegal.org
Email: dlang@campaignlegal.org
Email: jdiaz@campaignlegal.org

*admitted pro hac vice
Attorneys for Plaintiff

JESSIE K. LIU, D.C. Bar No. 472845
U.S. Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:     /s/ Scott Leeson Sroka
        SCOTT LEESON SROKA
        Member of New York Bar
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Telephone: 202-252-7113
        Email: Scott.Sroka@usdoj.gov

        Attorneys for Defendant